AP-77,024
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/29/2014 10:17:51 AM
Accepted 12/29/2014 10:42:07 AM
ABEL ACOSTA
CLERK

No. AP-77,024

### IN THE

### COURT OF CRIMINAL APPEALS OF TEXAS
### AT AUSTIN, TEXAS

_____

**ALBERT LOVE**,

*APPELLANT*

V.

THE STATE OF TEXAS

_____

AN APPEAL OF A CONVICTION IN
CAUSE NO. 2011-1511-C1
FROM THE 19TH JUDICIAL DISTRICT COURT OF
MCLENNAN COUNTY, TEXAS

_____

**SECOND MOTION FOR EXTENSION OF TIME**

**TO FILE THE STATE'S BRIEF**

_____

ABELINO "ABEL" REYNA
Criminal District Attorney
McLennan County, Texas

STERLING HARMON
Appellate Division Chief
State Bar No. 09019700

219 North 6th Street, Suite 200
Waco, Texas 76701
Tel: (254) 757-5084
Fax: (254) 757-5021
Email:
sterling.harmon@co.mclennan.tx.us

**TO THE HONORABLE COURT OF CRIMINAL APPEALS**

**The State of Texas**, moves for an extension of Thirty Days in which to file its Brief, pursuant to Tex. R. App. P. 10.5(b). The State's request is based upon the following reasonable explanation of the need for additional time, within the personal knowledge of Sterling Harmon, the attorney signing this motion, namely:

The State of Texas moves this court to allow an extension of thirty days to file its Brief. The State's Brief is due on December 29, 2014. **The State requests that the new deadline be January 28, 2015**. The State has requested one previous sixty-day extension.

The State's attorney is responsible for all post-conviction matters concerning the McLennan County Criminal District Attorney's Office, including appeal and writs, as well as open records and third party discovery requests. The State's attorney currently has ten appellate matters in queue as well as a pending capital writ response. The McLennan County Criminal District Attorney's Office usually has two attorneys assigned to appellate issues, but the other attorney has recently been on FMLA leave.

Appellant in the case at bar has presented eleven points of error in this appeal of his Capital Murder conviction and sentence of death. More than fourteen months passed from the time of conviction to the filing of Appellant's brief, during which time Appellant was able to evaluate the

record and develop his points for appellate review. The State's attorney requires additional time to properly brief the case at bar as well as to properly address the other pending matters that require his attention. The additional time sought is not sought frivolously or for delay, but will be of genuine assistance in preparing the State's brief.

For the foregoing reasons, the State prays that the Court grant this Motion and modify and extend the deadline for filing the State's brief to January 28, 2015 or that this Court grant such additional time as is just and proper.

Respectfully Submitted:
**ABELINO 'ABEL' REYNA**
Criminal District Attorney
McLennan County, Texas

//S// Sterling Harmon
**STERLING HARMON**
Appellate Division Chief
219 North 6th Street, Suite 200
Waco, Texas 76701
Tel: (254) 757-5084
Fax: (254) 757-5021
Email:
sterling.harmon@co.mclennan.tx.us
State Bar No. 24068071

## CERTIFICATE OF SERVICE

I certify that I caused to be served a true and correct copy of this motion by electronic service or email on counsel for Appellant.


DATE: 12/29/14                                    //S// STERLING HARMON
                                                  STERLING HARMON